# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 612 - 3 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Russell Kozbiel | | |

**DOCKET ENTRY TEXT**

Defendant appears in response to arrest 7/31/08. Steven R. Shanin is appointed to represent the defendant in this proceeding only. Defendant informed of his rights. Defendant waives preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Bond hearing held. Enter Order Setting Conditions of Release.

Docketing to mail notices.

00:25

| | U.S. DISTRICT COURT CLERK  2008 JUL 32 PM 8:46  FILED-PM | Courtroom Deputy Initials: | VKD |
|---|---|---|---|